UNITED STATES of America,
Plaintiff–Appellee,

v.

Verdell Rashaan JONES, Defendant–
Appellant.

No. 02–7471.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 18, 2002.

Decided March 7, 2003.

Verdell Rashaan Jones, Appellant Pro Se. N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, TRAXLER and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Verdell Rashaan Jones seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Jones has not made a substantial showing of the denial of a constitutional right. *See United States v. Jones,* No. CR–00–230 (E.D.Va. Aug. 1, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*